*Conger Westbrook, solicitor,* contra.

---

5513.    MILLS v. THE STATE.

WADE, J.    There being no error complained of in the petition for certiorari except that the verdict was contrary to law, contrary to the evidence, against the weight of evidence, and without evidence to support it, and it appearing that the evidence was sufficient to support the verdict, and there being no error of law, the judge of the superior court properly denied the writ of certiorari.

<em>Judgment affirmed. Roan, J., absent.</em>

DECIDED MARCH 26, 1914.

Certiorari; from Fulton superior court—Judge Pendleton. January 3, 1914.

*John A. Boykin,* for plaintiff in error.

*Hugh M. Dorsey, solicitor-general, Lowry Arnold, solicitor,* contra.